UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| BENJAMIN CEREAN, on behalf of himself, and as representative of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>AFNI, INC.,<br><br>Defendant. | CASE NO.:__________________________ |

**DEFENDANT AFNI, INC.'S NOTICE OF REMOVAL**

COMES NOW, Defendant Afni, Inc. ("Defendant") and files its Notice of Removal as follows:

1. Plaintiff Benjamin Cerean ("Plaintiff") filed his state-court Complaint on or about December 19, 2025, in the Superior Court for King County, Washington.

2. Plaintiff served the Summons and Complaint on Defendant on January 9, 2026.



Hasson Law, LLC
4001 Main Street, Ste. 50
Vancouver, WA 98663
Phone: 971-302-6231

3. Plaintiff asserts he is a resident of the State of Washington and seeks to bring a claim for alleged violation of Washington statutes on behalf of a purported class of individuals residing in Washington.

4. Defendant is an Illinois corporation with its principal place of business located in Illinois. *See* Decl. of Afni, Inc.

5. Based on the allegations of the Complaint, the number of individuals Plaintiff seeks to represent exceeds 500. *Id.*

6. Based on the allegations of the Complaint, the amount of recovery sought by Plaintiff on behalf of the putative class exceeds $5,000,000.

7. This case is therefore removable under the Class Action Fairness Act. *See* 28 U.S.C. § 1332(d)

8. Plaintiff alleges that as a result of Defendant's actions, he suffered damages, including actual out of pocket expenses. Plaintiff therefore alleges an injury-in-fact sufficient for Article III standing at the pleading stage.

5. Venue is proper in this district under 28 U.S.C. 1441(a) because the state court where the suit has been pending is located in this district.

6. Removal is timely pursuant to 28 U.S.C. § 1441(b) and Fed. R. Civ. P. 6(a)(1)(C) because Defendant has filed its Notice of Removal within 30 days of receipt of Plaintiff's state-court Complaint.

7. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, documents, and orders in this case have been attached as **Exhibit A**. A civil action cover sheet has been attached as **Exhibit B**. A declaration from Defendant showing this case meets the requirements for removal under the Class Action Fairness Act is attached as **Exhibit C**.



Hasson Law, LLC
4001 Main Street, Ste. 50
Vancouver, WA 98663
Phone: 971-302-6231

A copy of this Notice of Removal has been sent to Plaintiff and will be filed with the clerk of the Superior Court for King County, Washington.

WHEREFORE, PREMISES CONSIDERED, Defendant Afni, Inc. respectfully requests that this Court assume full jurisdiction over the proceeding as provided by law.

Dated: February 6, 2026.

Respectfully Submitted,

**HASSON LAW LLC**

/s/ *Justin Murphy*

Justin Murphy (WSBA #54392)
Hasson Law LLC
4001 Main Street, Ste 50
Vancouver, WA 98663
justin@hassonlawllc.com
Telephone: 503-255-5352

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 6, 2026, the foregoing was served upon all parties to this action via the Clerk of Court's electronic filing system as follows:

Sam Leonard
Leonard Law, PLLC
sam@seattledebtdefense.com

Guy Beckett
Berry & Beckett, PLLP
gbeckett@beckettlaw.com

/s/ *Justin Murphy*
Justin Murphy



Hasson Law, LLC
4001 Main Street, Ste. 50
Vancouver, WA 98663
Phone: 971-302-6231